IT IS ORDERED by the court that the joint motion to remand be, and hereby is, granted, and this cause is remanded to the Board of Tax Appeals to implement the settlement agreement of the parties.

IT IS FURTHER ORDERED that costs are assessed pursuant to S.Ct.Prac.R. XI(5); that a mandate be sent to the Board of Tax Appeals to carry this judgment into execution; and that a copy of this entry be certified to the Board of Tax Appeals for entry.

## DISCIPLINARY CASES

**2004–2034. Disciplinary Counsel v. Haggins.**
On Certified Order of United States District Court, Northern District of Ohio, Case No. 99AT0022, General Order No. 2004–59. Shelbra Haggins, Attorney Registration No. 0056244, is indefinitely suspended from the practice of law.

## MISCELLANEOUS DISMISSALS

**2004–1651. Maumee v. Pub. Util. Comm.**
Public Utilities Commission, No. 03–2144–EL–ATA. This cause is pending before the court as an appeal from the Public Utilities Commission. Upon consideration of appellants' application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**2004–1864. State ex rel. Maumee v. Pub. Util. Comm.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relators' application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

## MEDIATION REFERRALS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2005–0304. Castle Aviation, Inc. v. Wilkins.**
Board of Tax Appeals, No. 2003–M–146.